UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
U2 HOME ENTERTAINMENT, INC.,

     Plaintiff,

  -against-

FU SHUN WANG, MING ZHONG LAM, and "JOHN DOES IV through V" d/b/a "Gai Fat Rentals"; LI XIN DVD RENTAL, INC., and JIA LI VCD RENTAL, INC., also d/b/a "Gai Fat Rentals,"

     Defendants,
---------------------------------------------------------------- X

06-CV-3342 (ARR)(RER)

NOT FOR ELECTRONIC OR PRINT PUBLICATION

OPINION AND ORDER

ROSS, United States District Judge:

The court has received the Report and Recommendation on the instant case dated March 2, 2007, from the Honorable Ramon E. Reyes, Jr., United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court orders that default judgment be entered against defendants, jointly and severally, in the amount of $383,250.00. The court further orders that defendants are permanently enjoined from infringing plaintiff's existing or future copyrights and trademarks. The Clerk of the Court is directed to enter judgment accordingly.

  SO ORDERED.

                Allyne R. Ross
                United States District Judge

Dated: March 26, 2007
   Brooklyn, New York

1

SERVICE LIST:

*Plaintiff's Attorney:*
Harvey Shapiro
Sargoy Stein Rosen & Shapiro
1790 Broadway, 19th Floor
New York, NY 10019


*Defendants:*
Fu Shun Wang
144 East Broadway, Apt. 8
New York, NY 10002

Ming Zhong Lam
806 56th St., 2nd Floor
Brooklyn, NY 11220

Li Xin DVD Rental, Inc.
5516 Eighth Avenue
Basement Level
Brooklyn, NY 11220

Jia Li VCD Rental, Inc.
5516 Eighth Avenue
Basement Level
Brooklyn, NY 11220


cc: Magistrate Judge Reyes